

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-52,671-13

**EX PARTE MARLON TERRY, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. CR-2847-13-F(2) IN THE 332ND DISTRICT COURT FROM HIDALGO COUNTY

*Per curiam.*

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of marihuana and sentenced to ten years' imprisonment.

Applicant's claim for pre-sentence jail time credit is dismissed. *See Ex parte Florence*, 319 S.W.3d 695 (Tex. Crim. App. 2010); *Ex Parte Ybarra*, 149 S.W.3d 147 (Tex. Crim. App. 2004).

Based on the trial court's findings of fact as well as this Court's independent review of the entire record, we deny relief on all of Applicant's other claims.

Filed: October 19, 2016
Do not publish